# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MARY D. RORAFF,   Civil No. 10-4303 (RHK/FLN)

          Plaintiff,   **ORDER FOR DISMISSAL**

v.

WELTMAN, WEINBERG & REIS CO., L.P.A.,

          Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 6, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge